```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA         :      INDICTMENT

        -v.-                     :      08 Cr.

ANTONIO SCOTT, and               :
O'KENE WHITE,
   a/k/a "Dread,"                :

        Defendants.              :

- - - - - - - - - - - - - - - - x
```

JUDGE BAER

08 CRIM 360

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 3 2008

### COUNT ONE

The Grand Jury charges:

1. In or about March 2008, in the Southern District of New York and elsewhere, ANTONIO SCOTT and O'KENE WHITE, a/k/a "Dread," the defendants, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate, and agree together with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, SCOTT and WHITE, together with others known and unknown, conspired to commit an armed robbery, in the Bronx, New York, of persons engaged in narcotics trafficking.

### OVERT ACTS

2. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York:

      a. On or about March 6, 2008, in the vicinity of 233rd Street, Bronx, New York, ANTONIO SCOTT and O'KENE WHITE, a/k/a "Dread," the defendants, and others known and unknown, forcibly entered an apartment in order to obtain narcotics and narcotics proceeds.

      b. On or about March 6, 2008, while inside an apartment in the vicinity of 233rd Street, Bronx, New York, SCOTT and WHITE, and others known and unknown, restrained some of the apartment's occupants by binding their hands.

      c. On or about March 6, 2008, while inside an apartment in the vicinity of 233rd Street, Bronx, New York, SCOTT and WHITE, and others known and unknown, held the apartment's residents at gunpoint and discharged a firearm.

      d. On or about March 6, 2008, while inside an apartment in the vicinity of 233rd Street, Bronx, New York, SCOTT and WHITE, and others known and unknown, physically assaulted one of the apartment's occupants.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury charges:

3. On or about March 6, 2008, in the Southern District of New York, ANTONIO SCOTT and O'KENE WHITE, a/k/a "Dread," the defendants, and others known and unknown, unlawfully, willfully

and knowingly did attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would thereby have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, SCOTT and WHITE, together with others known and unknown, attempted to commit an armed robbery of persons they believed to be in possession of narcotics and narcotics proceeds, in an apartment located in the vicinity of 233rd Street in the Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

COUNT THREE

The Grand Jury charges:

4.  On or about March 6, 2008, in the Southern District of New York and elsewhere, ANTONIO SCOTT and O'KENE WHITE, a/k/a "Dread," the defendants, unlawfully, willfully and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the offenses charged in Counts One and Two of this Indictment, did use and carry firearms, and in furtherance of such crimes did possess firearms, and did aid and abet in the use and carrying of firearms which were brandished and discharged during the offenses referenced in Counts One and Two.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) & (iii), and 2.)

COUNT FOUR

The Grand Jury charges:

5. On or about March 6, 2008, in the Southern District of New York, ANTONIO SCOTT, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 28, 2003, in New York Supreme Court, Bronx County, of Criminal Sale of a Controlled Substance in the Fourth Degree, in violation of New York Penal Law 220.39, a Class C Felony, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a Browning 9mm handgun which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTONIO SCOTT, and
O'KENE WHITE,
a/k/a "Dread,"

Defendants.

**INDICTMENT**

08 Cr.

(18 U.S.C. §§ 1951, 924(c)(1)(A)(iii), 922(g)(1) and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Post-It 11/1/87

4/23/08 - Fld. Indictment, case assigned to Judge Baer for all purposes.
/s/ Eaton, J. U.S.M.J.