```
╔══════════════════════════════════╗
║ USDS SDNY                        ║
║ DOCUMENT                         ║
║ ELECTRONICALLY FILED             ║
║ DOC #ționatul                     ║
║ DATE FILED: 6/19/08              ║
╚══════════════════════════════════╝
```

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York  10007



June 18, 2008

**BY HAND**

The Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

      Re:   **United States v. Antonio Scott and O'Kene White**
             08 Cr. 360 (HB)

Dear Judge Baer:

      The Government respectfully requests that the Court order the exclusion of time between yesterday's pre-trial conference and the date currently set for argument on pre-trial motions, August 5, 2008, on the basis that the ends of justice served by such a continuance outweigh the interests of the defendant and the public in a speedy trial. To date, the Government has produced to the defense approximately three hundred pages of Rule 16 material in addition to two CDs containing photographs. The requested exclusion of time will provide the defendants and their counsel with an opportunity to review the discovery material and to prepare any motions that they wish to file.

      I have sought the consent of counsel for each defendant to this request. On June 17, 2008, I received voice mail message from Martin J. Siegel, counsel for defendant O'Kene

White, consenting to this request. I have also sought the consent of Curtis J. Farber, counsel for defendant Antonio Scott, via email and telephone messages, but I have not yet received a response from him.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Jason B. Smith
Assistant United States Attorney
(212) 637-1026
(212) 637-2527(fax)

Cc (by Fax):

Curtis J. Farber, Esq.
(212) 226-3244 (fax)

Martin J. Siegel, Esq.
(212) 349-1451 (fax)

*[Handwritten notation: Time will be excluded to August 5, 2008]*

*[SO ORDERED: Harold Baer, Jr., U.S.D.J. Date: 6/ /08]*