UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

O KEANE WHITE,

               Defendant
------------------------------------------------------------x

08 CR 360 (HB)

AFFIRMATION

    I O KEANE WHITE, the defendant herein being duly sworn, deposes and states the following:

    1) I was arrested on or about March 7, 2008 by members of the New York City Police Department and charged with participating in a robbery in Bronx County

    2) At the time of my arrest and subsequent confinement by New York City authorities, it is alleged that I made certain statements that the prosecution has indicated that they will attempt to use at trial

    3) All alleged statements made by myself were not voluntary and the result of illegal police conduct and activity.

    4) I was never properly advised of my Miranda rights prior to the taking of any alleged statements from me. Further at the time of my arrest, I was physically attacked and abused by certain of the arresting officers.

    5) I request that this Court conduct a pre trial evidentiary hearing to review