the illegal and involuntary method as to how the alleged statements were taken at the time of my arrest

DATED: NEW YORK, NEW YORK

_____
O KEANE WHITE

Sworn to before me this 14 day of July, 2008

Notary Public

MARTIN JAY SIEG[EL]
Notary Public State of [New York]
No. 365 9565
Qualified in New York [County]
Commission Expires A[pril ...]