1220
47 PCT 2nd Floor
Squad Interview Rm.

Scott, Antonio
DOB 10/28/85 (22)
4217 Wykham # 1

Antonio Scott, Dread approached me on 3/6/08 around 6:30pm, they told me that this guy "black" owed me some money, I was told all you got to do is' standup and watch out. Dred was under neath the steps. The lady came in then he grabbed her then he put her face down on floor then two other guy's came in from out side ("shortman") and (T) - entered apt and grabbed girl. Don't know who fired gun. Dread tide up the kids and grandma. Dread came saying and asking "Where's the money that your son got for me". Grandma said he moved it, its not there, Dread said where's the food "weed", Grandma stated that he moved it.

Police came in, Me and Dread ran up the stairs, went towards the roof and Dread gave me a gun to run with as soon as I got up to the roof I took my blk hoody and the gun and threw it dont know where it landed.
Methe ▮▮▮▮   x C Scott

"Shortman" Dark skin, 5'5", 150
274 ▮ White Plains Rd. (sells weed)