```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| O'KENE WHITE,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | No. 08 Cr. 360 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In light of the Court of Appeals granting permission for a successive petition pursuant to 28 U.S.C. Section 2255 [dkt. no. 139], Mr. White shall file that successive petition within thirty days of the date hereof.  The Government shall have thirty days to respond, and Mr. White shall have fourteen days to reply.

**SO ORDERED.**

Dated:    New York, New York
          May 18, 2020

                            _____*Loretta A. Preska*_____
                            LORETTA A. PRESKA
                            Senior United States District Judge

1