UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| O'KENE WHITE,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | No. 8 Cr. 360 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed counsel's letter dated June 5, 2020 [dkt. no. 141].  Counsel is relieved from representation of Mr. White.  CJA counsel shall be appointed to represent Mr. White.

**SO ORDERED.**

Dated:   New York, New York
         June 8, 2020

                                       _Loretta A. Preska_
                                       LORETTA A. PRESKA
                                       Senior United States District Judge