UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| O'KENE WHITE,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | No. 8 Cr. 360 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The C.J.A. attorney on duty today, Cesar de Castro, is appointed to represent Petitioner O'Kene White in the above-captioned matter, effective today.

**SO ORDERED.**

Dated:    New York, New York
            June 8, 2020

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge