# THE LAW FIRM OF
# César de Castro, P.C.
ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007
646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

October 9, 2020

*Via* ECF

The Honorable Loretta A. Preska
U.S. District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

> Counsel is granted an extension until December 31, 2020, to file a successive petition. Failure to file by that date shall result in the closing of the case. SO ORDERED.
>
> *Loretta A. Preska* 10/15/2020

08 Cr. 360 (LAP)

Re:    *United States v. O'Kene White*, ~~18 Cr. 360 (LAP)~~

Dear Judge Preska,

Pursuant to the Court's September 29, 2020 order, I write to advise the Court of the status of the matter as it relates to O'Kene White.

Since this Court appointed me to represent Mr. White on June 8 2020, I have been unable to locate him or speak with him regarding his second or successive *habeas* petition. While Mr. White filed his petition while still "in custody," he has since been removed from the United States. According to the Bureau of Prisons, Mr. White was released from the Bureau of Prisons on July 19, 2019. Furthermore, I learned, and the government confirmed, that Mr. White was removed from the United States on August 29, 2019.

I respectfully request additional time in which to continue to attempt to locate and contact Mr. White and further advise the Court.

Respectfully submitted,

César de Castro

cc:    Andrew Chan
       Assistant United States Attorney